ERIC W. SWANIS, ESQ.
Nevada Bar No. 006840
GLENN F. MEIER, ESQ.
Nevada Bar No. 006059
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:  swanise@gtlaw.com
        meier@gtlaw.com

CASEY SHPALL, ESQ.*
GREGORY R. TAN, ESQ.*
*Admitted Pro Hac Vice
**GREENBERG TRAURIG, LLP**
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: (303) 572-6500
Email:  shpallc@gtlaw.com
        tangr@gtlaw.com

*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT SINGER,<br><br>Plaintiff,<br><br>v.<br><br>C. R. BARD, INC.; BARD PERIPHERAL VASCULAR, INCORPORATED,<br><br>Defendants. | CASE NO. 2:19-cv-01579-JCM-BNW<br><br>**STIPULATION TO AMEND SCHEDULING ORDER** |

      Plaintiff Robert Singer ("Plaintiff") and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. ("Defendants" and collectively with Plaintiff, the "Parties"), pursuant to Fed. R. Civ. P. 26(c) and (d) and LR IA 6-2, respectfully request that this Court amend its Order Granting Stipulation for Extension of Time, Dkt. 42 ("Scheduling Order"), as set forth below.

      In June 2021, the Parties engaged in mediation in an attempt to resolve this case and those of six other plaintiffs represented by Plaintiff's counsel. Pending mediation, this case was stayed and the Parties refrained from conducting discovery. Mediation was unsuccessful, and the Parties must now resume and

complete additional fact discovery. The Parties therefore stipulate and request that this Court amend the pretrial discovery deadlines set forth in the Scheduling Order, Dkt. 42, as follows (requested modifications are **bolded**):

| PROPOSED DATE | DEADLINE |
| --- | --- |
| **October 19, 2021** | Case-specific fact discovery closes ~~with the exception of depositions of Plaintiff's disclosed family and friend witnesses and Defendants' applicable territory and district managers (which shall be taken no later than 30 days before trial is scheduled to begin)~~. |
| **November 2, 2021** | The Plaintiff shall produce case-specific expert reports. |
| **December 8, 2021** | The Defendants shall produce case-specific expert reports. |
| **December 28, 2021** | The Plaintiff shall produce any case-specific rebuttal expert reports. |
| **January 24, 2022** | The Defendants shall produce any rebuttal expert reports. |
| **February 3, 2022** | Deadline to depose the Plaintiff's case-specific experts. |
| **March 10, 2022** | Deadline to depose the Defendants' case-specific experts. |
| **April 21, 2022** | Deadline to file Daubert motions and other dispositive motions. |

**IT IS SO STIPULATED.**

Dated this 1st day of July 2021.

WETHERALL GROUP, LTD.

By: */s/ Peter C. Wetherall*
PETER C. WETHERALL, ESQ.
Nevada Bar No. 4414
pwetherall@wetherallgroup.com
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (702) 838-8500
Facsimile: (702) 837-5081

*Counsel for Plaintiff*

GREENBERG TRAURIG, LLP

By: */s/ Eric W. Swanis*
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
swanise@gtlaw.com
10845 Griffith Peak Drive, Ste. 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

*Counsel for Defendants*

**IT IS SO ORDERED.**

BRENDA WEKSLER
United States Magistrate Judge

Dated July 6, 2021.